IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DINO JOSEPH FERRANTE,**<br>　　　　**Plaintiff**<br><br>v.<br><br>**CAROLYN W. COLVIN,**<br>**ACTING COMMISSIONER OF**<br>**SOCIAL SECURITY,**<br>　　　　**Defendant** | **Case No. 1:15-cv-0553**<br><br>**Judge Rambo**<br><br>**Magistrate Judge Cohn** |

# O R D E R

**AND NOW**, this 14th day of April, 2016, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) Ferrante's objections to the report and recommendation are **OVERRULED**.

2) The report and recommendation is **ADOPTED**.

3) Ferrante's appeal is **DENIED**.

4) The clerk of court shall close this file.

　　　　　　　　　　　　　　　　　　　s/Sylvia H. Rambo
　　　　　　　　　　　　　　　　　　　United States District Judge